IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EMILY COWEY, et al., | : |
| Plaintiffs | : |
| v. | : Case No. – 2:20-cv-01845 |
| WILLIAM MULLEN, et al., | : |
| Defendants | : |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE BRIEF IN EXCESS OF PAGE LIMITS**

Plaintiffs Emily Cowey, Chelsea Schmidt, Alan Booth, and Firearms Policy Coalition, Inc. (collectively "Plaintiffs"), by and through their counsel, hereby respectfully request this Honorable Court for Leave to file their brief in support of their motion for preliminary injunction, whereby such brief shall not exceed twenty-five (25) pages or 9,750 words, whichever is greater.

Plaintiffs have conferred with counsel for Defendants, who either do not oppose or take no position regarding this Motion.

In support of their motion, Plaintiffs state:

1. The Chambers' Practice and Procedures states that "[b]riefs in support of...all other motions are limited to ten (10) pages." *Interim Practices and Procedures of Judge Christy Criswell Wiegand* at Section II(D).

2. Plaintiffs intend to move this Honorable Court for a Preliminary Injunction as soon as possible, having prepared the motion, brief in support, and corresponding declarations.

3. In order to adequately address the issues before the Court on Plaintiffs' Motion for Preliminary Injunction, owing to their complexity and historical nature, Plaintiffs request that their

brief in support of their motion for preliminary injunction be enlarged to 25 pages or 9,750 words, whichever is greater. Plaintiffs' counsel have exercised their best efforts to meet the Court's page limitations, having pared down the material to that which they reasonably believe is indispensable to their supporting position in light of the significance of the fundamental rights at stake and the urgency with which the plaintiffs must move for the requested relief in order to abate the ongoing irreparable harm they are attempting to abate in bringing the motion.

    4.   Defendant County of Allegheny takes no position on this motion.

    5.   Defendants Sheriff William Mullen and Colonel Robert Evanchick do not oppose this motion.

**WHEREFORE**, Plaintiffs' respectfully request that the Court grant them permission to file a brief in support of their motion for preliminary injunction, not to exceed 25 pages or 9,750 words, whichever is greater.

    Respectfully Submitted,

/s/ Adam Kraut
Adam Kraut, Esq.
Attorney Id. No. 318482
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org

Attorney for the Plaintiffs