IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILY COWEY, et al.,** : | |
| : | |
| Plaintiffs : | |
| : | Case No. – 2:20-cv-01845 |
| v. : | |
| : | |
| **WILLIAM MULLEN, et al.,** : | |
| : | |
| Defendants : | |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 7 and 65, Plaintiffs Emily Cowey, Chelsea Schmidt, Alan Booth, and Firearms Policy Coalition, Inc., hereby move for a preliminary injunction.

The undersigned inquired with counsel for defendants and was informed that Defendants Sheriff William Mullen and PSP Commissioner Col. Robert Evanchick oppose this motion. Counsel for the County of Allegheny informed the undersigned that the County took no position on the motion.

Respectfully Submitted,

/s/ Adam Kraut
Adam Kraut, Esq.
Attorney Id. No. 318482
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org

Attorney for the Plaintiffs