IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY COWEY, CHELSEA SCHMIDT, ALAN BOOTH, FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF WILLIAM MULLEN, COL. ROBERT EVANCHICK, PSP COMMISSIONER; AND COUNTY OF ALLEGHENY, PENNSYLVANIA,<br><br>Defendants, | 2:20-CV-01845-CCW |

**ORDER**

NOW, this 4th day of December, 2020, IT IS HEREBY ORDERED that the parties shall appear for a Telephonic Status Conference regarding Plaintiffs' Motion for Preliminary Injunction, ECF No. 18, on **Thursday, December, 10, 2020** at **11:00 a.m**.

In anticipation of the conference, the parties must meet and confer regarding the potential for a consent order that would address the relief sought in the preliminary injunction motion. Lead counsel for all parties shall participate in the telephonic conference, and the parties shall be available by telephone. Participants are directed to use the AT&T dial-in information provided at Doc. No. 8.

Counsel are directed to familiarize themselves with the Court's Practices and Procedures, which are available at:

https://www.pawd.uscourts.gov/sites/pawd/files/Wiegand_Interim_Practices_Oct_2020.pdf.

 DATED this 4th day of December, 2020.

              BY THE COURT:

              /s/ Christy Criswell Wiegand
              CHRISTY CRISWELL WIEGAND
              United States District Judge

cc (via ECF email notification):
All Counsel of Record