IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY COWEY, CHELSEA SCHMIDT, ALAN BOOTH, FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SHERIFF WILLIAM MULLEN, COL. ROBERT EVANCHICK, COUNTY OF ALLEGHENY, PENNSYLVANIA, <br><br> Defendants. | 2:20-CV-01845-CCW |

**HEARING ON:** Telephonic Status Conference

Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:                         Appearing for Defendant:

Hearing Begun:        11:02 a.m.         Adjourned to: _____

Hearing Concluded:   11:27 a.m.         Stenographer:   Deborah Rowe

                                         Clerk:          H. McKeegan

The Court convened a telephonic status conference regarding Plaintiffs' pending Motion for Preliminary Injunction.

An appropriate order will follow.