IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY COWEY, CHELSEA SCHMIDT, ALAN BOOTH, FIREARMS POLICY COALITION, INC., | ) ) ) ) ) | 2:20-CV-01845-CCW |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| SHERIFF WILLIAM MULLEN, COL. ROBERT EVANCHICK, AND COUNTY OF ALLEGHENY, PENNSYLVANIA, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 10th day of December, 2020, following discussions at today's status conference, and in light of the parties' ongoing negotiations to resolve Plaintiffs' pending Motion for Preliminary Injunction, ECF No. 18, and to reach a settlement of this case in full, IT IS HEREBY ORDERED that on or before **December 18, 2020**, the parties shall file a joint status report informing the Court as to whether the parties have reached any agreements regarding the Motion for Preliminary Injunction and/or resolution of the case in full, and if so, what agreements have been reached and what, if any, issues remain to be addressed by the Court. If the case is not completely resolved, the joint status report shall include the parties' positions regarding whether referring the case to a third party neutral for Alternative Dispute Resolution proceedings would be helpful to resolve any remaining issues.

IT IS FURTHER ORDERED that, in light of the parties' agreement that Defendants' Response to Plaintiffs' Preliminary Injunction should be deferred until after the filing of the December18, 2020 joint status report, Defendants' December 18, 2020 deadline to

respond to Plaintiffs' Motion for Preliminary Injunction is hereby vacated, and the Court will reset that deadline, if necessary, following filing of the parties' December 18, 2020 joint status report.

DATED this 10th day of December, 2020.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):
All Counsel of Record