IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY COWEY, et al, | ) | CIVIL ACTION |
| | ) | No 2:20-CV- 01845 |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Honorable Christy Criswell Wiegand |
| | ) | |
| SHERIFF WILLIAM MULLEN et al, | ) | |
| | ) | Electronically Filed |
| Defendants. | ) | |

<u>JOINT STATUS REPORT</u>

Now comes the parties jointly by their undersigned respective counsel and in accord with the Order of Court dated December 10, 2020 [ECF 23] advise the court as follows:

The parties are continuing to discuss settlement and substantive discussions are ongoing and productive. Additionally, as presented to the court on December 10, 2020, the Sheriff's Office opened on December 7, 2020 and has remained so continuously since then. While the parties' counsel fully intend to continue discussions in earnest, they are mindful of the upcoming holidays. The parties respectfully request that the Court schedule another status conference on or after January 8, 2020 at the convenience of the Court. At this time, the parties continue to reserve referring the case to a third party neutral for Alternative Dispute Resolution proceedings.

        Respectfully submitted,

        <u>/s/ *Lisa G. Michel*</u>
        Lisa G. Michel, Esquire
        PA ID 59997
        Solicitor
        Allegheny County Sheriff's Office
        436 Grant Street, Rm 111
        Pittsburgh, PA 15219
        (412) 350-4711

/s/ Dennis Biondo Jr.
Dennis Biondo Jr.
Assistant County Solicitor
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
412-350-1053

**JOSH SHAPIRO**
**Attorney General**


By: */s/ Stephen Moniak*
**STEPHEN MONIAK**

**Senior Deputy Attorney General**

**Attorney ID 80035**
**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 705-2277**

**smoniak@attorneygeneral.gov**

/s/ *Raymond M. DiGuiseppe*

Raymond M. DiGuiseppe
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

/s/ Adam Kraut
Adam Kraut, Esq.
Attorney Id. No. 318482
FIREARMS POLICY COALITION

1215 K Street, 17th Floor
Sacramento, CA 95814

(916) 476-2342
Akraut@fpclaw.org

*Attorney for Plaintiffs*