IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY COWEY, et al, | CIVIL ACTION |
| | No 2:20-CV- 01845 |
| Plaintiffs, | |
| v. | |
| | Honorable Christy Criswell Wiegand |
| SHERIFF WILLIAM MULLEN et al, | |
| | Electronically Filed |
| Defendants. | |

JOINT STATUS REPORT

Now come the parties jointly by their undersigned respective counsel and, in accordance with the minute order of the Court on January 8, 2021, hereby advise the Court as follows:

Since the time of the last status conference with the Court on January 8, 2021, the parties' settlement discussions have continued in earnest: Counsel for Sheriff Mullen has prepared and submitted to counsel for all parties a further written settlement proposal for globally resolving all claims; counsel for Plaintiffs have reviewed and edited the proposal and submitted a revised version to all counsel; counsel for Sheriff Mullen and Plaintiffs have discussed the parties' respective positions regarding the settlement proposal as currently revised; based on those discussions, Sheriff's counsel will be circulating shortly (within the next day or two) a further revised version of the proposal designed to meet the parties' respective concerns; and, in light of these developments (while still subject to final agreement and approval of all parties' respective clients), the parties believe a global settlement is likely to be reached and imminently.

The parties respectfully propose that the Court continue holding all pending matters in abeyance and schedule the filing of a joint status report (or a status conference, according to the Court's preference) for two weeks from today, February 2, 2021, to allow sufficient time for the parties to finalize and obtain all necessary approvals of the anticipated settlement agreement.

Meantime, the parties will continue working as expeditiously as possible and report to the Court as soon as this process has been finalized, but by no later than February 2, 2021.

Respectfully submitted,

*/s/ Raymond M. DiGuiseppe*
*Appearance by Pro Hac Vice*
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
(910) 713-8804
*For the Plaintiffs*

*/s/ Lisa G. Michel*
Lisa G. Michel, Esquire
PA ID 59997
Solicitor, Allegheny County Sheriff's Office
436 Grant Street, Rm 111
Pittsburgh, PA 15219
(412) 350-4711
*For Sheriff Mullen*

*/s/ Virginia S. Scott*
Virginia S. Scott
Assistant County Solicitor
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
412-350-1173
*For the County*

        *For Defendant Pennsylvania State Police Commissioner Colonel Robert Evanchick*,

        **JOSH SHAPIRO**
        **Attorney General**

**By:**   */s/ Stephen Moniak*
        **STEPHEN MONIAK**
        **Senior Deputy Attorney General**

        **Attorney ID 80035**
        **Office of Attorney General**
        **15th Floor, Strawberry Square**
        **Harrisburg, PA 17120**
        **Phone: (717) 705-2277**

**smoniak@attorneygeneral.gov**