IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY COWEY, et al, | ) | CIVIL ACTION |
| | ) | No 2:20-CV- 01845 |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Honorable Christy Criswell Wiegand |
| | ) | |
| SHERIFF WILLIAM MULLEN et al, | ) | |
| | ) | Electronically Filed |
| Defendants. | | |

**CONSENT MOTION TO EXTEND RESPONSE DEADLINE**

Now come the Defendants Sheriff William Mullen, County of Allegheny, Pennsylvania, and PSP Commissioner Col. Robert Evanchick, by their undersigned counsel, and seek a short extension of time to file a response to the complaint, averring as follows:

1. As the Court is aware, the parties have been in on-going settlement discussions and believe that a global settlement of this case is imminent.

2. Each of the Defendants waived service of summons on December 1, 2020, and responses to the complaint are currently due on or before February 1, 2021 (the 60th day is a Saturday and by operation of Fed. R. Civ. P. 6(a)(1)(C) the response is due the next business day on February 1, 2021). [Docs. 10, 11, 12]

3. In light of the likely settlement, Defendants seek a one-month extension to respond to the complaint pursuant to Fed. R. Civ. P. 6(b)(1)(A) in order to finalize the settlement. The new deadline to respond would be March 1, 2021.

4. Plaintiffs' counsel consents to the requested extension.

Respectfully submitted,

*For the Plaintiffs*

*/s/ Lisa G. Michel*
Lisa G. Michel, Esquire
PA ID 59997
Solicitor, Allegheny County Sheriff's Office
436 Grant Street, Rm 111
Pittsburgh, PA 15219
(412) 350-4711
*For Sheriff Mullen*

*/s/ Virginia S. Scott*
Virginia S. Scott
Assistant County Solicitor
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
412-350-1173
*For Allegheny County*

*For Defendant Pennsylvania State Police Commissioner Colonel Robert Evanchick,*

**JOSH SHAPIRO**
**Attorney General**

By:  */s/ Stephen Moniak*
**STEPHEN MONIAK**

**Senior Deputy Attorney General**

**Attorney ID 80035**
**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 705-2277**
**smoniak@attorneygeneral.gov**