IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY COWEY, et al, | ) | CIVIL ACTION |
| | ) | No 2:20-CV- 01845 |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Honorable Christy Criswell Wiegand |
| | ) | |
| SHERIFF WILLIAM MULLEN et al, | ) | |
| | ) | Electronically Filed |
| Defendants. | | |

JOINT STATUS REPORT

Now come the parties jointly by their undersigned respective counsel and, in accordance with the order of the Court on January 19, 2021, hereby advise the Court as follows:

Since the time of the last status conference with the Court on January 8, 2021 and the status report of January 19, 2021 the parties' settlement discussions have continued in earnest and the settlement agreement is largely complete, with each party having made substantive revisions. As of this date, the final revisions of the agreement as well as the related joint dismissal order are being reviewed by all parties.  The parties fully anticipate the agreement and the related order to be finalized in the next several days and executed accordingly.

The parties jointly and respectfully propose that the Court continue holding all pending matters in abeyance and schedule the filing of a joint status report (or a status conference, according to the Court's preference) for two weeks from today, February 17, 2021, to allow sufficient time for the parties to finalize the agreement and circulate for signature.

Respectfully submitted,

*s/ Raymond M. DiGuiseppe*
*Appearance by Pro Hac Vice*
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461

(910) 713-8804
*For the Plaintiffs*

*/s/ Lisa G. Michel*
Lisa G. Michel, Esquire
PA ID 59997
Solicitor, Allegheny County Sheriff's Office
436 Grant Street, Rm 111
Pittsburgh, PA 15219
(412) 350-4711
*For Sheriff Mullen*

*/s/ Virginia S. Scott*
Virginia S. Scott
Assistant County Solicitor
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
412-350-1173
*For the County*

*For Defendant Pennsylvania State Police Commissioner Colonel Robert Evanchick*,

    **JOSH SHAPIRO**
    **Attorney General**

**By:**   */s/ Stephen Moniak*
    **STEPHEN MONIAK**
    **Senior Deputy Attorney General**

    **Attorney ID 80035**
    **Office of Attorney General**
    **15th Floor, Strawberry Square**
    **Harrisburg, PA 17120**
    **Phone: (717) 705-2277**
    **smoniak@attorneygeneral.gov**