IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Emily Cowey et al, | ) |
|               Plaintiffs, | ) |
|       vs. | )  Case No. 2:20-cv-01845-CCW |
| William P. Mullen, Sheriff of Allegheny County, et al., | ) |
|               Defendants. | ) |

**ORDER**

AND NOW, this <u>17th</u> day of February 2021, the Parties Joint Motion pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is **GRANTED**. For the reasons stated in the Parties' Motion, the Court finds that the proposed dismissal is proper under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED**:

1. With the consent of the Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement.

2. The above-captioned case *Cowey, et al. v. Mullen, et al.,* is dismissed with prejudice.

BY THE COURT:

/s/ Christy Criswell Wiegand
Christy Criswell Wiegand, District Judge
United States District Court
Western District of Pennsylvania